No. 718. DAWSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Benjamin Ungerman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John M. Brant* for the United States. 

No. 721. DARLINGTON MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 722. DEERING MILLIKEN, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. *Thornton H. Brooks, Hugh B. Cox, Brice M. Clagett,* and *George V. Allen, Jr.,* for petitioner in No. 721, and *Stuart N. Updike* and *John R. Schoemer, Jr.,* for petitioners in No. 722. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Nancy M. Sherman* for respondent National Labor Relations Board in both cases. 

No. 724. MARCUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Marvin J. Bloch* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John P. Burke* for the United States. 

No. 727. BURGESS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles Fuller Blanchard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States. 

No. 728. CLEMENS *v.* CENTRAL RAILROAD Co. OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied. *Lawrence J. Richette* for petitioner. *Robert H. Kleeb* for respondents.